UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

------------------------------------------------

*Primories*

-v-

*Tony Electronics, Inc.*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-2100__

JUDGE: __KMW__

DATE: __3-24-2008__

MAR 2 4 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------------

**DOCUMENT DESCRIPTION**                                                      **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                                        (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------   U.S.C.A. # _____

         Primous
                                                   U.S.D.C. # 08 cv-2100
              -v-
                                                   JUDGE:    KMW
         Sony Electronics, Inc.
                                                   DATE:     3-24-2008
------------------------------------------------
```

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
         Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02100-KMW
### Internal Use Only

Primous v. Sony Electronics, Inc.
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 17:101 Copyright Infringement

Date Filed: 03/03/2008
Date Terminated: 03/03/2008
Jury Demand: None
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Matthew Scott Primous.(laq) (Entered: 03/11/2008) |
| 03/03/2008 | 2 | COMPLAINT against Sony Electronics, Inc.Document filed by Matthew Scott Primous.(laq) (Entered: 03/11/2008) |
| 03/03/2008 |   | Magistrate Judge Andrew J. Peck is so designated. (laq) (Entered: 03/11/2008) |
| 03/03/2008 | 3 | ORDER OF DISMISSAL, I grant this application to proceed in forma pauperis, but dismiss the complaint for the reasons set forth in this order. Accordingly, the complaint is dismissed as frivolous and for failure to state a claim upon which relief may be granted. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/3/08) (laq) (Entered: 03/11/2008) |
| 03/03/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Loretta A. Preska on 3/3/08) (laq) (Entered: 03/11/2008) |
| 03/19/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Matthew Scott Primous. (tp) (Entered: 03/24/2008) |
| 03/19/2008 |   | Appeal Remark as to 5 Notice of Appeal filed by Matthew Scott Primous. $455.00 APPEAL FEE DUE. IFP REVOKED 3/3/08. COA DENIED 3/3/08. (tp) (Entered: 03/24/2008) |
| 03/24/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |
| 03/24/2008 |   | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |